**In re TIME WARNER CABLE INC. and Time Warner Cable Enterprises LLC, Petitioners.**

**No. 2014–153.**

United States Court of Appeals, Federal Circuit.

Sept. 25, 2014.

ON PETITION

## ORDER

Upon consideration of petitioners' September 24, 2014 letter stating that the petition is moot,

IT IS ORDERED THAT:

The petition is dismissed.